GANSEVOORT BANK, Appellant, *v.* EMPIRE STATE SURETY
COMPANY, Respondent.

*Gansevoort Bank* v. *Empire State Surety Co.,* 136 App. Div. 939,
affirmed.
    (Submitted April 6, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 21, 1910, affirming a judgment in favor
of defendant entered upon a dismissal of the complaint
by the court at a Trial Term in an action to recover on a
bond given as security for the payment of a promissory
note.

J. *Campbell Thompson* for appellant.

*Benjamin Reass* for respondent.

Judgment affirmed, with costs; no opinion.
    Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

GEORGE KOZAK, Respondent, *v.* THE ERIE RAILROAD
COMPANY, Appellant.

*Kozak* v. *Erie R. R. Co.,* 135 App. Div. 726, affirmed.
    (Argued April 7, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 16, 1909, which reversed an order of
the court at a Trial Term setting aside a verdict in favor
of plaintiff and dismissing the complaint and directed
the reinstatement of said verdict in an action to recover
for personal injuries alleged to have been sustained by

plaintiff through the negligence of defendant, his employer.

*Charles A. Collin* and *Elbert N. Oakes* for appellant.

*John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MARTIN J. CONDON, Respondent, *v.* NEW ROCHELLE WATER COMPANY, Appellant.

*Condon* v. *New Rochelle Water Co.*, 136 App. Div. 897, affirmed.
(Argued April 6, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from charging plaintiff in excess of a certain rate for water or from interfering with plaintiff's connections with its mains.

*John J. Crennan* and *Edwin T. Rice* for appellant.

*Henry G. K. Heath* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.